UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

vs.                                               Case No. 8:03-cv-390-T-24MSS

ONE 2002 PORSCHE 911,
CONVERTIBLE, VIN NO.
WP0CA29922S654030; et al.,

      Defendants.
_____/

## O R D E R

This cause comes before the Court for consideration of the Plaintiff's Motion for Stay of Civil Forfeiture Proceedings (Doc. No. 29). Plaintiff requests that, pursuant to 18 U.S.C. § 981(g), this Court stay this action pending resolution of the related criminal case United States v. Timothy Scott Simpson, 8:06-cr-23-T-24TGW, currently pending before the undersigned.

Having considered the motion, and being otherwise fully advised, it is **ORDERED AND ADJUDGED** that:

(1)     Plaintiff's Motion for Stay of Civil Forfeiture Proceedings (Doc. No. 29) is **GRANTED**.

(2)     The Clerk shall **ADMINISTRATIVELY CLOSE** this case.

(3)     Upon resolution of United States v. Timothy Scott Simpson, 8:06-cr-23-T-24TGW, Plaintiff may reinstate this case to active status upon proper motion. If this suit is resolved by the decision in the criminal action, Plaintiff shall promptly move for dismissal of this case.

**DONE AND ORDERED** at Tampa, Florida, this 6th day of February, 2006.

*(signed)* Susan C. Bucklew
SUSAN C. BUCKLEW
United States District Judge

Copies to All Parties and Counsel of Record