UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Case No. 8:03-cv-390-T-24MSS |
| ONE 2002 PORSCHE 911, CONVERTIBLE, VIN NO. WP0CA29922S654030; et al., | : |
| Defendants. | : |

## JUDGMENT OF FORFEITURE

THIS CAUSE comes before the court on Motion of the United States of America for entry of a Judgment of Forfeiture for the defendant properties, pursuant to the provisions of pursuant to 18 U.S.C. §§ 981(a)(1)(A) and (a)(1)(C). The court, being fully advised in the premises, finds that the complaint has been filed, the Summons and Warrant of Arrest *in Rem* executed, and service of process has been effected in accordance with the provisions of the Supplemental Rules for Certain Admiralty and Maritime Claims, Federal Rules of Civil Procedure, and 18 U.S.C. §§ 983 and 985.

The claim of Timothy Scott Simpson to the defendant properties has been denied, and the interests of the Pinellas County Tax Collector and Wells Fargo Bank, N.A., as to the real property located at at 8286 30th Avenue North, St. Petersburg, Florida, have been resolved through settlement agreements. No other persons or entities have filed a claim in these proceedings, and the time for filing a claim to any of the properties in this

forfeiture action has expired. Accordingly, it is hereby

**ORDERED, ADJUDGED,** and **DECREED** that the United States' Motion for Judgment of Forfeiture is GRANTED. It is FURTHER **ORDERED** that, pursuant to 18 U.S.C. § 981(a)(1)(A) and (a)(1)(C), all right, title, and interest in the following defendant properties are hereby CONDEMNED and FORFEITED to the United States of America for disposition according to law, subject to the settlement agreements of record:

    A.    One 2002 Porsche 911, convertible, Vin No. WP0CA29922S654030;

    B.    Contents of Bank of America Account No. 0036 7594 1847, held in the name of Scott Simpson;

    C.    Contents of Bank of America Account No. 0037 3786 2686 held in the name of Beach Bum Memory, Inc.;

    D.    Contents of PayPal Account No. 1796 5225 4585 1489 225, held in the name of Beach Bum Memory Inc.;

    E.    Contents of mailbox located at 138 107th Ave #110, Treasure Island, Florida 33706; and

    F.    Real property located at 8286 30th Avenue North, St. Petersburg, Florida, including all improvements thereon and appurtenances thereto, the legal description for which is as follows:

            Lot 11, VILLA PARK ESTATES, according to the plat thereof, as recorded in Plat Book 36, Page 45, of the Public records of Pinellas County, Florida.

In accordance with the Amended Settlement Agreement between the United States and the Pinellas County Tax Collector (Doc. 37), the United States shall sell the

real property located at 8286 30th Avenue North, St. Petersburg, Florida, and from the proceeds of the sale, after all custodial expenses and fees of the United States Marshals Service pertaining to the maintenance, publication, marketing, and sale of the real property have been satisfied, shall pay to the Pinellas County Tax Collector the following:

    a. *Ad valorem* real property taxes for the current tax year 2007 **up to the date of entry of the Judgment of Forfeiture**, and all interest thereon up to the date of payment;

    b. Tax Certificate No. 07-05577, for unpaid *ad valorem* real property taxes for tax year 2006, held by MTAG Cust for Abbot Kinney Management, LLC, P.O. Box 409584, Atlanta, GA 30384, in the amount of $17,772.88 as of September 2007, and all subsequent interest thereon up to the date of payment;

    c. Tax Certificate No. 06-04363, for unpaid *ad valorem* real property taxes for tax year 2005, held by Sauternes V, LLC, Dept 5193, P.O. Box 2153, Birmingham, AL 35287-5193, in the amount of $18,187.80 as of September 2007, and all subsequent interest thereon up to the date of payment;

    d. Tax Certificate No. 05-04055, for unpaid *ad valorem* real property taxes for tax year 2004, held by Dana H. Cook Family Partnership, LTD, J.V. #2, 893 Placita Luna Bella, Oro Valley, AZ 85755, in the amount of $17,540.98 as of September 2007, and all subsequent interest thereon up to the date of payment; and

    e. Tax Certificate No. 04-04483, for unpaid *ad valorem* real property taxes for tax year 2003, held by Isabella I, LLC, P.O. Box 25183, Miami, Florida 33102-5183, in the amount of $17,283.33 as of September 2007, and all subsequent interest thereon up to the date of payment.

In accordance with the Settlement Agreement between the United States and Wells Fargo Bank, N.A. (Doc. 36), from the proceeds of the sale of the real property

located at 8286 30th Avenue North, St. Petersburg, Florida, after all custodial expenses and fees of the United States Marshals Service pertaining to the maintenance, publication, marketing, and sale of the real property have been satisfied, and all taxes due and owing the Pinellas County Tax Collector have been paid, the United States shall pay to Wells Fargo Bank, N.A., the following:

    a. Unpaid principal in the amount of $622,500.00 due to the Claimant under the Mortgage, recorded on November 25, 2002, in official records Book 12370, Pages 25 - 29, Pinellas County, Florida, which instrument secured repayment of the funds due with respect to the subject property;

    b. Unpaid interest, at the contractual rate, in the amount of $148,778.54 thru June 22, 2007, with a per diem rate of $130.84 thereafter up to the date of closing;

    c. Flood insurance premiums including coverage through December 31, 2007, totaling $14,250.00;

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this 26th day of September, 2007.

SUSAN C. BUCKLEW
United States District Judge

Copies to: Attorneys of record
Timothy Scott Simpson

4